IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 126 HEALTH AND WELFARE TRUST FUND, et. al. | : : : : | CIVIL ACTION NO.   21-cv-2200 |
| Plaintiffs, | : : | |
| v. | : : | |
| SM KARCH, LLC, | : : | |
| Defendant. | : | |

**CONSENT JUDGMENT**

**AND NOW**, this 17th day of January, 2023, the parties' Joint Stipulation for Entry of Consent Judgment,

JUDGMENT is hereby entered in favor of Plaintiffs International Brotherhood of Electrical Workers Local Union No. 126 Health and Welfare Fund, International Brotherhood of Electrical Workers Local Union No. 126 Retirement Plan Trust Fund, International Brotherhood of Electrical Workers Local Union 126 Occupational Safety, Health and Education Trust Fund, International Brotherhood of Electrical Workers Local Union No. 126 Northeast Apprenticeship and Training Trust Fund, NECA-IBEW Labor-Management Cooperation Committee, Local Union No. 126 COPE Fund, and Local Union No. 126 of The International Brotherhood of Electrical Workers, and against Defendant SM Karch, LLC, Inc. as follows:

1

(1)  $107,910.95 in principal delinquent contributions revealed by the payroll audit for the period between January 1, 2016 through December 31, 2020, pursuant to 29 U.S.C. §1132(g)(2)(A);

(2)  $65,605.26 in interest on those principal amounts, pursuant to 29 U.S.C. §1132(g)(2)(B);

(3)  $65,605.26 in liquidated damages, pursuant to 29 U.S.C. §1132(g)(2)(C)(i); and

(4)  $7,891.25 in attorneys' fees and costs, pursuant to 29 U.S.C. §1132(g)(2)(D).

_____
Berle M. Schiller, J.
United States District Judge