IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 126 HEALTH AND WELFARE TRUST FUND et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> SM KARCH, LLC, <br><br> *Defendant.* <br><br>_____ <br><br> SHAWN KARCH, <br><br> *Intervenor.* | CIVIL ACTION <br> NO. 21-2200 |

## ORDER

**AND NOW**, this 14th day of December 2023, upon consideration of Defendant's Motion for Reconsideration or Stay (ECF 26), Plaintiffs' Response (ECF 30), and all relevant filings, it is hereby **ORDERED**:

1. Defendant's Motion is **DENIED**.

2. Defendant shall provide, on or before **December 29, 2023**, full and complete responses to Interrogatory number 17 in Plaintiffs' first set of post-judgment

    interrogatories and Production Request numbers 6, 7 and 9 from Plaintiffs' first requests for post-judgment production of documents.

3. Shawn Karch shall be deposed on the date and time agreed to between the parties, provided it is on or before **January 16, 2024**, and shall answer questions concerning other businesses he may own.

                          BY THE COURT:

                          ***/s/ Gerald J. Pappert***
                          GERALD J. PAPPERT, J.