IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 126 HEALTH AND WELFARE TRUST FUND; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 126 RETIREMENT PLAN TRUST FUND; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 126 OCCUPATIONAL SAFETY, HEALTH AND EDUCATION TRUST FUND; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 126 NORTHEAST APPRENTICESHIP AND TRAINING TRUST FUND; NECA-IBEW LABOR-MANAGEMENT COOPERATION COMMITTEE; LOCAL UNION NO. 126 COPE FUND; and INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION 126, AFL-CIO, <br><br> Plaintiffs, <br><br> v. <br><br> SM KARCH, LLC, <br><br> Defendant. | No. 2:21-cv-02200 |

## STIPULATION

It is hereby stipulated by and between Jeremy E. Meyer, Esq., counsel for Plaintiffs, Steven E. Hoffman, Esq., counsel for Defendant, and Steven Goudsouzian, Esq., counsel for Intervenor, as follows:

1. The Judgment entered in this matter on January 17, 2023 shall be marked as SATISFIED and any liens resulting from the judgment are hereby released.

2. This action shall be dismissed with prejudice and no costs.

1

| HOFFMAN & HLAVAC | GOUDSOUZIAN & ASSOCIATES |
|---|---|
| By: *s/Steven E. Hoffman* | By: *s/Steven N. Goudsouzian* |
| Steven E. Hoffman, Esquire | Steven N. Goudsouzian, Esquire |
| Attorney ID No. 63911 | Attorney ID No.PA 74831 |
| 1605 N. Cedar Crest Blvd., Suite 509 | 2490 William Penn Highway |
| Allentown, PA 18104 | Easton, PA 18045 |
| Ph# (484) 408-6001 | Ph# (610) 253-9171 |
| E-Mail: shoffman@hhe-law.com | E-mail: Steven@sng-law.com |

CLEARY & JOSEM LLP

By: *s/Jeremy E. Meyer*
    Jeremy E. Meyer, Esquire
    Attorney ID #85303
    Constitution Place
    325 Chestnut Street, Suite 200
    Philadelphia, PA 19106
    Ph# (215) 735-9099
    E-mail: jmeyer@clearyjosem.com

AND NOW, this   16th   day of   June  , 2025 the above Stipulation is approved and adopted as an Order of Court.

BY THE COURT:

*/s/ Gerald J. Pappert*
                        J.